1  JOSHUA A. SOUTHWICK (246296)
   GIBSON ROBB & LINDH, LLP
2  201 Mission Street, Suite 2700
   San Francisco, California 94105
3  Telephone:    (415) 348-6000
   Facsimile:     (415) 348-6001
4  Email:          jsouthwick@gibsonrobb.com

5  Attorneys for Plaintiff
   TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>STRATUS TRANSPORT, INC., TRANSPORT BRIGHT, INC., and XTL LOGISTICS, INC.<br><br>            Defendants. | Case No. 3:15-cv-5028-EMC<br><br>**PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT AND NOTICE OF SETTLEMENT**<br><br>**Date:**  June 10, 2016<br>**Time:**  1:30 p.m.<br>**Location:**  450 Golden Gate Avenue, San Francisco, CA 94102<br>**Courtroom:**  5, 17th Floor<br>**Judge:**  Edward M. Chen<br><br>Complaint filed: November 11, 2015 |

    The parties have settled this matter and have executed a joint settlement agreement. Plaintiff expects final settlement funds to be paid and the case dismissed no later than June 30, 2016.  Plaintiff requests that the Court vacate the Case Management Conference set for June 10 and provide the parties 30 days in which to file a Joint Stipulation of Dismissal pursuant to FRCP 41(a)(1)(A)(ii).

                                           Respectfully submitted,

DATED: June 2, 2016                    GIBSON, ROBB & LINDH, LLP

                                           By: /s/ JOSHUA A. SOUTHWICK
                                               Joshua A. Southwick
                                               Attorneys for Plaintiff
                                               TRAVELERS PROPERTY CASUALTY
                                               COMPANY OF AMERICA

IT IS SO ORDERED that the Further CMC is reset for 7/28/16 at 10:30 a.m. An updated joint statement or stipulation for dismissal shall be filed by 7/21/16.

_____
Edward M. Chen, U.S. District Judge

[STAMP: IT IS SO ORDERED MODIFIED — Judge Edward M. Chen — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]